THE REMINGTON PAPER COMPANY, *Appellant, v.* ANNA M. DOUGHERTY and others, *Respondents.* — (1.) So much of the order as awards an allowance above the sum of five per cent upon the judgment of $734.38 and interest to the 20th June, 1882, reversed, with ten dollars costs and disbursements, and remainder of order affirmed. (2.) Order as to taxation of costs affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.

FREDERICK B. POTTER, *Appellant, v.* SYLVANUS K. GREENE and others, *Respondents.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by BARKER, J.

RICHARD SCHROEPPEL, *Respondent, v.* EPHRAIM DINGMAN and others, *Appellants.* — Judgment and order affirmed. Opinion by SMITH, P. J.

GEORGE GORHAM, *Executor, etc., Appellant, v.* JOSEPH PRICE, *Respondent.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by HARDIN, J.

IN THE MATTER OF THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY, TO ACQUIRE REAL ESTATE OF MINNIE VAN ZANDT and others. — Order affirmed, with ten dollars costs and disbursements, payable out of the income of the fund. Opinion by HARDIN, J.

THOMAS E. KINNEY, *Respondent, v.* ELLIS H. ROBERTS & CO., *Appellant.* — Order reversed with leave to defendant to renew application. Opinion by BARKER, J.; SMITH, P. J., dissenting.

THE ROCHESTER SAVINGS BANK, *Plaintiff, v.* J. MOREAU SMITH, and EMMA HERRICK, *Executors,* and others, *Defendants and Respondents.* (DAVID F. BAKER, *Purchaser, Appellant.*) — Order affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.

FANNY KYLE and another, *Appellants, v.* GEORGE A. KYLE, *Executor, etc., Respondent.* — Decree of surrogate affirmed, with costs of the appeal payable out of the estate. Opinion by HARDIN, J.

EMIL YUND, *Executor, etc., Respondent, v* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by BARKER, J.

JOSEPHINE SAHLER, *Respondent, v.* JENNIE L. WILLIAMS and others, *Appellants.* — Judgment reversed and a new trial ordered before another referee, costs to abide event. Opinion by BARKER, J.

WILLIAM H. ROBINSON, *Respondent, v.* THE NATIONAL BANK OF NEWBERNE, *Appellant.*—Judgment affirmed. Opinion by SMITH, P. J.; HARDIN, J., not sitting.